

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

)
Maarten N. Pellegrini, and Nicola M. Pellegrini, )
                   Plaintiffs  )
)    05-30077-KPN
     v.                           )
)
Century 21, Harold Dupee Realtors,  )
                   Defendant )
)

## COMPLAINT

Maarten N. Pellegrini, and Nicola M. Pellegrini, ("Plaintiffs") presently reside at 56 Liberty Street, North Adams, Massachusetts 01247 ("the Property"). The Property was purchased from the executor of the Walter M. Bronson estate ("Seller") and is presently owned by the Plaintiffs.

Century 21, Harold Dupee Realtors, ("Century 21") is in the business of brokering in real estate property transactions, and is located at 40 Main Street, North Adams, Massachusetts 01247. Century 21 was the brokering agency for the Property and acted on behalf of the Seller in the transaction that resulted in the present ownership of the Property by the Plaintiffs.

Plaintiffs hereby make the complaint that Century 21, in violation of Federal law 42 U.S.C. section 4852, knowingly failed to disclose information, concerning the real and potential hazards of lead paint, prior to the Plaintiffs signing of the purchase and sale agreement that ultimately resulted in the present ownership of the Property.

01

As a result of this failure on the part of Century 21 the Plaintiffs have suffered monetary and distressful damages ("Damages").

Plaintiffs' respectfully request the Court to make an assessment of these Damages and award recovery to the Plaintiffs in the amount of three times the Damages as prescribed by 42 U.S.C. section 4852.

    For The Plaintiffs,

*[signature]*, pro se-

Maarten N. Pellegrini
Nicola M. Pellegrini, Plaintiffs *pro se*
56 Liberty Street, North Adams, Massachusetts 01247
    774-364-0081
    508-755-0400

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
MAARTEN N. PELLEGRINI, AND NICOLA M. PELLEGRINI

## DEFENDANTS
CENTURY 21, HAROLD DUFEE REALTORS

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: BERKSHIRE
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: BERKSHIRE
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
PRO SE

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
Citizen of This State: PTF [X] 1, DEF [ ] 1
Incorporated or Principal Place of Business In This State: PTF [ ] 4, DEF [X] 4

## IV. NATURE OF SUIT
[X] 893 Environmental Matters

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
42 U.S.C. SECTION 4852 — VIOLATION OF LEAD PAINT DISCLOSURE LAW.

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] YES

DATE: 1-30-05
SIGNATURE OF ATTORNEY OF RECORD: [signature], PRO SE
NICOLA M. PELLEGRINI 306896

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) MAARTEN N. PELLEGRINI V. CENTURY 21, HAROLD DUPEE REALTORS

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    ___  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ✓   II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,           *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, (892-894), 895, 950.            for patent, trademark or copyright cases

    ___  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

    ___  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

    ___  V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.  N/A

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
    YES ☐   NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
    YES ☐   NO ☑
    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
    YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
    YES ☐   NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
    YES ☑   NO ☐

    A. If yes, in which division do all of the non-governmental parties reside?
       Eastern Division ☐     Central Division ☐     Western Division ☑

    B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
       Eastern Division ☐     Central Division ☐     Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
    YES ☐   NO ☑

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME MAARTEN N. PELLEGRINI AND NICOLA M. PELLEGRINI PRO SE
ADDRESS 56 LIBERTY ST., NORTH ADAMS, MA 01247
TELEPHONE NO. 774-364-0081 AND 508-755-0400

Coversheetlocal.wpd - 10/17/02