UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MAARTEN N. PELLEGRINI and
NICOLA M. PELLEGRINI,
    Plaintiffs

Case Number: 05CV30077-KPN

vs.

CENTURY 21, HAROLD DUPEE
REALTORS,
    Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter my Appearance for the Defendant in the above-entitled matter.

    THE DEFENDANT,
    By Its Attorney

    /s/ Richard F. Faille
    Richard F. Faille, Esquire, BBO#: 157640
    Law Offices of Donald E. Phillips
    1414 Main Street, Suite 2200
    Springfield, MA 01144
    (413) 747-5170
    Richard.Faille@stpaul.com