UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                    *
MAARTEN N. PELLEGRINI and           *
NICOLA M. PELLEGRINI,               *
         Plaintiffs                 *   Case Number:  05CV30077-KPN
                                    *
vs.                                 *
                                    *
CENTURY 21, HAROLD DUPEE            *
REALTORS,                           *
         Defendant                  *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## **DEFENDANT'S MOTION TO DISMISS UNDER FED.R.CIV.P. 12(b)(1)**

Now comes the Defendant in the above-entitled action and moves that the Court dismiss the case for lack of jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) for the following reasons:

1.	The Plaintiff did not set forth a short and plain statement of the grounds upon which the Court's jurisdiction depends as required by Fed.R.Civ.P. 8(a).

2.	There is no Federal question as defined in 28 U.S.C. §1331.

3.	There is no diversity of citizenship in that both the Plaintiff and Defendant are inhabitants of the Commonwealth of Massachusetts.  28 U.S.C. §1332.

4.	42 U.S.C. §4852 is a statute giving grants for lead based paint hazards and does not create a private cause of action.  L.B. III v. The Housing Authority of Louisville, W.D. Ky. 204, 345 F.Supp.2nd 725.

5.	The burden of showing that an action is within the jurisdiction of the Federal Court rests with the parties seeking to invoke the Court's jurisdiction and the Plaintiff does not

2

even make an allegation of Federal Court jurisdiction.  <u>McNutt v. General Motors Acceptance Corp.</u>, 298 U.S. 178, 182, 183, 56 S.Ct. 780, 782.

It is therefore respectfully submitted that the Court should dismiss the Plaintiff's case for lack of subject matter jurisdiction.

THE DEFENDANT
By Its Attorney

/s/ Richard F. Faille
Richard F. Faille, Esquire, BBO#: 157640
Law Offices of Donald E. Phillips
1414 Main Street, Suite 2200
Springfield, MA 01144
(413) 747-5170
Richard.Faille@stpaul.com