UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Maarten N. Pellegrini, and Nicola M. Pellegrini, )<br>Plaintiffs )<br>)<br>v. )<br>)<br>Century 21, Harold Dupee Realtors, )<br>Defendant ) | Civil Docket No. 05CV30077-KPN |

## PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Maarten N. Pellegrini, and Nicola M. Pellegrini, ("Plaintiffs") oppose Defendant's Motion to Dismiss since Plaintiffs have filed a Motion for Leave to Amend Complaint, as provided for under Fed. R. Civ. P. Rule 15(a), which corrects Plaintiffs' original Complaint in such a way to comply with the federal court rules and permits Century 21, Harold Dupee Realtors ("Defendant") to answer.

For The Plaintiffs,

_____ - pro se
Maarten N. Pellegrini
Nicola M. Pellegrini, Plaintiffs *pro se*
56 Liberty Street, North Adams, Massachusetts
01247
   774-364-0081
   508-755-0400

## CERTIFICATE OF SERVICE

I, Maarten N. Pellegrini, certify that on July 5, 2005 a copy of the above PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS was served by first class mail, postage prepaid, to:

>Richard F. Faille, Esq.
>Offices of Donald E. Phillips
>1414 Main Street, Suite 2200
>Springfield, MA. 01144

_/s/ Maarten N. Pellegrini_
Maarten N. Pellegrini