UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                    *
MAARTEN N. PELLEGRINI and           *
NICOLA M. PELLEGRINI,               *
        Plaintiffs                  *   Case Number:  05CV30077-KPN
                                    *
vs.                                 *
                                    *
CENTURY 21, HAROLD DUPEE            *
REALTORS,                           *
        Defendant                   *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## ANSWER OF THE DEFENDANT TO THE AMENDED COMPLAINT
## WITH CLAIM OF TRIAL BY JURY

### First Defense

The Complaint fails to state a claim upon which relief can be granted.

### Second Defense

The Defendant admits the allegations contained in Paragraphs unnumbered first and second of the Amended Complaint and deny the other allegations contained in the Amended Complaint.

### Third Defense

The Plaintiffs have waived any rights that they claim to have been violated.

### Fourth Defense

The Defendant completely complied with all the requirements of 42 U.S.C. Section 4852d.

**Fifth Defense**

The Plaintiffs are estopped from claiming any violation of State or Federal law by the Defendant.

THE DEFENDANT CLAIMS A TRIAL BY JURY ON ALL THE ISSUES.

THE DEFENDANT
By Its Attorney


/s/ Richard F. Faille
Richard F. Faille, Esquire, BBO#: 157640
Law Offices of Donald E. Phillips
1414 Main Street, Suite 550
Springfield, MA 01144
(413) 730-6328
Fax No.:  (413) 730-6361
rffaille@stpaultravelers.com

**CERTIFICATE OF SERVICE**

I, Richard F. Faille, Attorney for the Defendant, hereby certify that on August 15, 2005 I made service of the foregoing Answer by mailing a copy of the same, postage prepaid, to:

Maarten N. Pellegrini, Pro Se
Nicola M. Pellegrini, Pro Se
56 Liberty Street
North Adams, MA   01247


/s/ Richard F. Faille