UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*
MAARTEN N. PELLEGRINI and   \*
NICOLA M. PELLEGRINI,   \*
    Plaintiffs   \*  Case Number:  05CV30077-KPN
\*
vs.   \*
\*
CENTURY 21, HAROLD DUPEE   \*
REALTORS,   \*
    Defendant   \*
\*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **CERTIFICATION**

The undersigned certify that they have conferred:

(a)  with a view to establishing a budget for the costs of conducting the full course - - and various alternative courses - - of the litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

          THE DEFENDANT
          By Its Attorney

/s/ Joseph Bilella_____      /s/ Richard F. Faille_____
Joseph Bilella, Claim Representative     Richard F. Faille, Esquire, BBO#: 157640
The St. Paul Travelers Companies, Inc.    Law Offices of Donald E. Phillips
Insurer for Century 21,                       1414 Main Street, Suite 550
Harold Dupee Realtors                    Springfield, MA   01144
jbilella@stpaultravelers.com            (413) 730-6328
                                             (413) 730-6361
                                             rffaille@stpaultravelers.com