UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                    *
MAARTEN N. PELLEGRINI and            *
NICOLA M. PELLEGRINI,                *
            Plaintiffs               *   Case Number:  05CV30077-KPN
                                    *
vs.                                  *
                                    *
CENTURY 21, HAROLD DUPEE             *
REALTORS,                            *
            Defendant                *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## PROPOSED SCHEDULING ORDER

The parties to the action, plaintiffs, Maarten Pellegrini and Nicola M. Pellegrini, and the defendant, Century 21, Harold Dupee Realtors, submit this Joint Statement pursuant to the Notice of Scheduling Conference. Local Rule 16.1 (D)(3). Certifications will be separately filed.

1. Brief Background.

The plaintiffs' purchased a certain parcel of land with a building located at North Adams, Massachusetts.  The defendant was the real estate broker involved with the purchase and sale of said property.  The basic theory is that the defendant failed to disclose the hazards of lead paint which the plaintiffs complain the defendant thereby violated 42 U.S.C. §485 2d.

The defendant denies those allegations and says that they made all disclosures required by law.

2.         Plaintiff's Proposed Discovery Schedule.

   a).   Written Discovery completed by January 1, 2006;

   b)    Non-expert Depositions by February 1, 2006;

   c)    Plaintiffs' Expert Disclosure by March 1, 2006;

d) Defendant's Expert Disclosure by March 1, 2006;

e) Expert Depositions completed by April 10, 2006;

f) Case Management Conference set for May 1, 2006.

<u>Defendant's Proposed Discovery Schedule</u>.

a). Written Discovery completed by April 1, 2006;

b) Non-expert Depositions by June 1, 2006;

c) Plaintiffs' Expert Disclosure by July 1, 2006;

d) Defendant's Expert Disclosure by September 1, 2006;

e) Expert Depositions completed by November 15, 2006;

f) Case Management Conference set for December 15, 2006.

3. <u>Trial by a Magistrate Judge.</u>

The parties are unwilling to a trial before a Magistrate Judge.

4. <u>Phased Discovery.</u>

The parties do not believe that this procedure would be helpful in this matter.

5.   Parties agree that initial disclosure, Fed. R. Civ. P. 26(a)(1) to be done by November 1, 2005.

                                                  Respectfully Submitted,

| THE PLAINTIFFS | THE DEFENDANT |
| --- | --- |
|     Pro Se | By Its Attorney |
| | |
| /s/ Maarten Pellegrini | /s/ Richard F. Faille |
| Maarten Pellegrini | Richard F. Faille, Esquire, BBO#: 157640 |
| Nicola Pellegrini | Law Offices of Donald E. Phillips |
| 56 Liberty Street | 1414 Main Street, Suite 550 |
| North Adams, MA  01247 | Springfield, MA  01144 |
| mnpellegrini@aol.com | (413) 730-6328 |
| | (413) 730-6361 |
| | rffaille@stpaultravelers.com |