UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAARTEN N. PELLEGRINI and )
NICOLA M. PELLEGRINI, )
        Plaintiffs )
         )
v. ) Civil Action No. 05-30077-MAP
         )
         )
         )
CENTURY 21, HAROLD DUPEE )
REALTORS, )
        Defendant )

## SCHEDULING ORDER
October 7, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by November 1, 2005.

2. All written discovery shall be completed by March 1, 2006.

3. Non-expert depositions shall be completed by May 1, 2006.

4. The parties shall appear for a case management conference on May 8, 2006, at 11:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                    /s/ Kenneth P. Neiman
                                    KENNETH P. NEIMAN
                                    U.S. Magistrate Judge