UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



```
*************************
MAARTEN N. PELLEGRINI and      *
NICOLA M. PELLEGRINI,          *
       Plaintiffs              *     Case Number: 05CV30077-KPN
                               *
vs.                            *
                               *
CENTURY 21, HAROLD DUPEE       *
REALTORS,                      *
       Defendant               *
                               *
*************************
```

## PLAINTIFF WITHDRAWAL

Nicola M. Pellegrini in the above-cited action, being no longer an owner of the property at 56 Liberty Street, North Adams, Massachusetts 01247, hereby withdraws himself as a Plaintiff in the above-cited case.

Respectively Submitted,

*[signature]* pro se
Nicola M. Pellegrini, Plaintiff *pro se*
56 Liberty Street,
North Adams, MA  01247

1

## CERTIFICATE OR SERVICE

I, Nicola M. Pellegrini, certify that on January 10, 2006, a copy of the above document was mailed by first class mail, postage prepaid, to counsel of record for Century 21:

    Richard F. Faille
    One Monarch Place,
    1414 Main Street, Suite 550
    Springfield, MA  01144

                              Nicola M. Pellegrini