UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                    *
MAARTEN N. PELLEGRINI and            *
NICOLA M. PELLEGRINI,                *
            Plaintiffs               *   Case Number:  05CV30077-KPN
                                    *
vs.                                  *
                                    *
CENTURY 21, HAROLD DUPEE             *
REALTORS,                            *
            Defendant                *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## DEFENDANT'S MOTION TO COMPEL

Now comes the Defendant in the above-entitled action and moves that the Court COMPEL the plaintiff to appear for his deposition and to answer the questions put to him by the defendant and asides its reasons therefore the following:

1. The Plaintiff's deposition was duly noticed and was to take place on January 30, 2006.

2. The plaintiff, Maarten Pellegrini appeared for his deposition on January 30, 2006 but refused to answer questions at that time.

3. The reason for his refusal was that the defense counsel would not permit a non-lawyer and non-party to be in attendance at this deposition to assist the plaintiff. (Attached please find a copy of the deposition transcript)

4. Before, during and after this brief deposition, the plaintiff's (assistant) was rendering legal advice to the plaintiff, telling him what to answer and what not to answer by way of questions, telling him what to put on the record and otherwise counseling the plaintiff.

5.  This is the same "assistant" who wanted to argue and be heard before the Court at the last hearing and was present coaching the plaintiff during that hearing.

Therefore, the defendant moves that the Court order the plaintiff be ordered to appear for his deposition, either with an attorney of law or pro-se and to answer the questions put to him without his "assistant" being present therefore.  The defendant further moves that the Court order the plaintiff to pay the attendance fee and the cost for the deposition transcript for his failed deposition.

The defendant says that on January 30, 2006, the plaintiff and the defendant conferred concerning this matter but could not agree.

## REQUEST FOR AN ORAL ARGUMENT

Now comes the defendant and requests that the Court set this matter for an Oral Argument.

THE DEFENDANT<br>
By Its Attorney<br>
<br>
/s/ Richard F. Faille<br>
Richard F. Faille, Esquire, BBO#: 157640<br>
Law Offices of Donald E. Phillips<br>
1414 Main Street, Suite 550<br>
Springfield, MA 01144<br>
(413) 730-6350<br>
Richard.Faille@stpaul.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Case No. **05CV30077-KPN**

**MAARTEN N. PELLEGRINI AND**
**NICOLA M. PELLEGRINI,**
        **Paintiffs**

**VS:**

**CENTURY 21, HAROLD DUPEE**
        **REALTORS,**
        **Defendant**

**DEPOSITION OF MAARTEN**

**N. PELLEGRINI, taken before Debra**

**Vance, Notary** Public **Stenographer,**

pursuant to **the provisions** of Rule 30

of the Massachusetts Rules of Civil

Procedure, at the offices of DONALD

E. PHILLIPS, 1414 Main Street, 5th

Floor, Springfield, Massachusetts on

January 30, 2006, commencing at 10:00

a.m.

**APPEARANCES: (See Page 2)**

      Debra A. Vance
   Notary Public Stenographer

```
        FOR THE PLAINTIFF:

        MAARTEN N. PELLEGRINI
56 Liberty Street
North Adams,
Massachusetts
01247 774-364-
0081
                PRO SE:
                MAARTEN N.
                PELLEGRINI


FOR THE DEFENDANT:

DONALD E. PHILLIPS
1414 Main Street, 5th Floor
Springfield,
Massachusetts
01103 413-730-
6350
                BY: RICHARD F.
                FAILLE, ESQ.
```

*Accurate Court Reporting1500 Mai,
Street, Suite 1412
Springfield, MA 01115
413-747-1806*

I N D E X

| | WITNESS | DIRECT | CROSS | REDIRECT |
|---|---|---|---|---|
| 3 | | | | |
| 4 | 5  Maarten Pellegrini *4 | | | |
| | * By Mr. Faille | | | |
| 6 | EXHIBITS: _____ | | | |
| | (None Marked) | | | |

*Accurate Court Reporting*
*1500 Moil Street, Suite 1412 Springfield, MA 01115 413-747-1806*

12

- 13

MAARTEN N. PELLEGRINI, Deponent, having been satisfactori
identified and duly sworn, deposes and states as follows:

DIRECT EXAMINATION BY MR. FAILLE:
Would you kindly state your name, please?

A. Maarten Pellegrini.

Q. Where do you reside?

A. 56 Liberty Street.

Q. And what's the city?

A. North Adams, Massachusetts.

Q. And how long have you lived there?

A. Two years.

Q. Do you live there with anyone?

MR. PELLEGRINI: Um, before I

continue answering questions, I require to

have my assistant present to act in a

nonrepresentative capacity.

MR. FAILLE: If you want to get a lawyer, I'll be happy to

adjourn this deposition.

MR. PELLEGRINI: No, I don't need a

24          lawyer.

MR. FAILLE: Then we'll proceed.

MR. PELLEGRINI: I state that I require for my assistance to have an assistant. Like a lawyer is allowed to have assistance, I feel that I should be allowed to have an assistant to not represent me but be present. And I'm holding that position that this is not do have that right.

MR. FAILLE: You don't have that right, okay?

MR. PELLEGRINI: I object

MR. FAILLE: Well, you can object.

Q.    (By Mr. **Faille** How long have you lived there?

MR. PELLEGRINI: I object to answer any more questions if you refuse to allow me to have an assistant present. I also do not object to answering your questions, but under those -- under your denying me of my right, I must not proceed.

MR. FAILLE: Is this assistant of yours a member of the bar of the United States District Court for the District of

```
            Massachusetts?
 2          MR. PELLEGRINI: No.
 3          MR. FAILLE: Is he a member of the
bar in the State of Massachusetts?
            MR. PELLEGRINI: No. He's also not collecting a fee.
He's not advising me for a fee.
            MR. FAILLE: So you're refusing to answer any
further of my questions; is that correct?
            MR. PELLEGRINI: I object to that
12          question, because I'm not refusing. You
13          are refusing to allow me to have an
14          assistant present.
15          MR. FAILLE: You're refusing to
16          answer any further questions without your
11          assistant being present; is that correct?
18          MR. PELLEGRINI: Yes.
19          MR. FAILLE: Okay. The deposition
is continued, and we're going to go to Court right now;
and you can go tell a judge.
23          MR. PELLEGRINI: Okay.
24          MR. FAILLE: No. I think I'll mark
```

        up a formal motion.

MR. PELLEGRINI: Well, actually I'm going to review the law before I make any official statements.

MR. FAILLE: Well, plan on getting a motion from me today, and I will be seeking sanctions including monetary.

This is continued.

What's your brother's address?

MR. PELLEGRINI: His address right now is   he's in Staten Island and I don't know his actual address.

MR. FAILLE: This deposition is suspended.

(Deposition suspended at 10:05 a.m.) 16

*Accurate Court Reporting*  *1500 Main Street, Suite 1412 Springfield, MA 01115 413-747-1806*

```
            I, Debra A. Vance, a Notary Public within
 2    and for the Commonwealth of Massachusetts at large,
 3    do certify that pursuant to notice, there came
 4    before me on January 30, 2006, at the offices of
 5    DONALD E. PHILLIPS, 1414 Main Street, 5th Floor,
 6    Springfield, Massachusetts, 01103. the following
 7    person, to wit: MAARTEN N. PELLEGRINI, who was duly
 8    sworn to testify to the truth and nothing but the
 9    truth as to his knowledge touching and concerning
It    the matters in controversy in this case; that he was
11    thereupon examined upon his oath and said
12    examination reduced to writing by me; and that the
,13   deposition is a true record of the testimony given
14    by the witness, to the best of my knowledge and
15    ability.
16            I further certify that I am not a relative
17    or employee of counsel or attorney for any of the
      parties, nor a relative or employee of such parties,
19    nor am I financially interested in the outcome of
20    the action.
21    WITNESS MY HAND, this 30th day
of January, 2006.
22
23            Debra A. Vance

24    My
```

1500 Main Street, Suite 1412
Springfield, MA 01115 413-747-1806

**Commission Expires:**
              **April 26, 2007**

*Accurate Court Reporting*

Case 3:05-cv-30077-MAP     Document 14-2     Filed 02/07/2006     Page 10 of 11

*Accurate Court Reporting*
*1500 Mali Street, Suite 1412 Springfield, MA 01115 413-747-1806*