

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                    *
MAARTEN N. PELLEGRINI and           *
NICOLA M. PELLEGRINI,               *
        Plaintiffs                  *   Case Number: 05CV30077-KPN
                                    *
vs.                                 *
                                    *
CENTURY 21, HAROLD DUPEE            *
REALTORS,                           *
        Defendant                   *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S REQUEST FOR RECONSIDERATION

What is happening in the plaintiff's papers is exactly what the defendant was fearful about from the very beginning of this case. It is very clear from the plaintiff's papers that while the plaintiff's "assistant" will not be saying anything, it is obvious that what the plaintiff wishes is for him to take what he refers to as "asides" to get legal advice from Gerald Pellegrini.

I will not even try to respond to the plaintiff's so called constitutional claim of his right to have Gerald Pellegrini give him legal advice for his arguments show fundamental misunderstatement and misapplication of constitutional principals which do not give rise to any lengthy argument by the defendant because they are so obvious that the court will readily see how flawed they are and it seems a waste of time to address them.

This does not get to the real issue which was the defendant's concern from the beginning. As it was anticipated and as it happened, before the plaintiff's last deposition and during the brief deposition, it became very clear that when asked certain questions that the plaintiff was not going to answer those questions until he had an opportunity to speak to his assistant. The defendant

wishes to take the plaintiff's deposition and not that of his legal assistant whispering in his ear how to answer. It seems clear from the plaintiff's papers that he will be seeking legal advice from a non-attorney during the course of the deposition. This is just wrong and should not be allowed to happen.

Therefore, the defendant respectfully requests that the plaintiff be precluded from taking "asides" with his non-lawyer legal expert during the course of his deposition.

>THE DEFENDANT
>By Its Attorney
>
>/s/ Richard F. Faille
>Richard F. Faille, Esquire, BBO#: 157640
>Law Offices of Donald E. Phillips
>1414 Main Street, Suite 550
>Springfield, MA 01144
>(413) 730-6350
>Richard.Faille@stpaul.com

### CERTIFICATE OF SERVICE

I, Richard F. Faille, Attorney for the Defendants, hereby certify that on March 9, 2006, I copied the foregoing Opposition by mailing a copy of the same, postage prepaid, to:

>Maarten N. Pellegrini, Pro Se
>56 Liberty Street
>North Adams, MA   01247

>/s/ Richard F. Faille