UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MAARTEN N. PELLEGRINI and
NICOLA M. PELLEGRINI,
      Plaintiffs       Case Number: 05CV30077-KPN

vs.

CENTURY 21, HAROLD DUPEE
REALTORS,
      Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

Now comes the Defendant in the above-entitled action and states that it has answered as fully and as completely as it can to the plaintiff's interrogatories. All the interrogatories relevant here deal with when and how the plaintiff received the lead paint notification. The answers to the interrogatories unequivocally state that the plaintiff was given the lead paint package in hand by Richard Shoestock at the defendant's place of business after the plaintiff had visited that office.

The rest of the plaintiff's questions really make no sense such as those questions in 4B. "Does Century 21 have any evidence to verify this date and time? And if so, identify the evidence." It is hard to understand what type of "evidence" the plaintiff would be looking for. The rest of the questions are just as sub-question D which says, "Does Century 21 have any evidence to verify by whom it was transferred to Maarten Pellegrini and/or Nicola Pellegrini and if so, identify the evidence. Again, this is a silly question. The defendant answered that it was delivered in hand by Richard Shoestock, who was an employee of the defendant and what other "evidence" there could possibly be is beyond this defendant.

The defendants answered all the questions that the plaintiff is complaining of and the balance are nonsensical.

                    THE DEFENDANT
                    By Its Attorney


/s/ Richard F. Faille
Richard F. Faille, Esquire, BBO#: 157640
Law Offices of Donald E. Phillips
1414 Main Street, Suite 550
Springfield, MA 01144
(413) 730-6350
Richard.Faille@stpaul.com


**CERTIFICATE OF SERVICE**

I, Richard F. Faille, Attorney for the Defendants, hereby certify that on March 9, 2006, I copied the foregoing Opposition by mailing a copy of the same, postage prepaid, to:

        Maarten N. Pellegrini, Pro Se
        56 Liberty Street
        North Adams, MA   01247


/s/ Richard F. Faille