UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAARTEN N. PELLEGRINI,                )
         Plaintiff              )
                                                  )
v.                                                        )        Civil Action No. 05-30077-MAP
                                                  )
                                                  )
                                                  )
CENTURY 21, HAROLD DUPEE     )
REALTORS,                                     )
         Defendants          )

SCHEDULING ORDER
May 8, 2006

NEIMAN, C.M.J.

The following schedule was established at the initial scheduling conference this day:

1. All remaining non-expert discovery shall be completed by June 30, 2006.

2. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by August 4, 2006.

3. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by September 29, 2006.

4. All expert depositions shall be completed by October 31, 2006.

5. The parties shall appear for a case management conference on November 8, 2006, at 10:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

         /s/ Kenneth P. Neiman
         KENNETH P. NEIMAN
         Chief Magistrate Judge