UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*
MAARTEN N. PELLEGRINI and   \*
NICOLA M. PELLEGRINI,   \*
      Plaintiffs   \* Case Number: 05CV30077-MAP
\*
vs.   \*
\*
CENTURY 21, HAROLD DUPEE   \*
REALTORS,   \*
      Defendant   \*
\*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S MOTION TO COMPEL

Now comes the Defendant in the above-entitled action and moves that the Court ORDER the plaintiff to forthwith make expert disclosures as required by Fed. R. Civ. P. 26(a)(2) and further to sanction the plaintiff for his total disregard of this rule and the forcing of the defendant to file this Motion. This Court on May 8, 2006 Order, among other things, that the plaintiff make expert disclosures by August 4, 2006. The disclosure made by the plaintiff merely gives the names and addresses of two people with nothing more. A copy is attached hereto. This is in complete violation of Court's Order and the Rules of Procedure. Further, on the day of receipt of the plaintiff's disclosure, the defendant notified the plaintiff of its deficiency and the plaintiff has failed or neglected to cure the same.

Wherefore, the defendant moves that the plaintiff be ordered to forthwith make proper expert disclosures and that the plaintiff be ordered to pay attorney fees in the amount of $500.00.

**RULE 37.1 CERTIFICATE**

The parties have communicated and were unable to resolve their differences.

        THE DEFENDANT
        By Its Attorney


        /s/ Richard F. Faille
        Richard F. Faille, Esquire, BBO#: 157640
        Law Offices of Donald E. Phillips
        1414 Main Street, Suite 550
        Springfield, MA 01144
        (413) 730-6350
        Richard.Faille@stpaul.com


**CERTIFICATE OF SERVICE**

    I, Richard F. Faille, Attorney for the Defendant, hereby certify that on August 14, 2006, I copied the foregoing Motion by mailing a copy of the same, postage prepaid, to:

        Maarten N. Pellegrini, Pro Se
        56 Liberty Street
        North Adams, MA   01247


        /s/ Richard F. Faille

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| MAARTEN N. PELLEGRINI | \* | |
| Plaintiff | \* | |
| | \* | Case Number: 05CV30077-MAP |
| vs. | \* | |
| CENTURY 21, HAROLD DUPEE REALTORS, | \* \* | |
| Defendant | \* | |
| | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### **PLAINTIFF'S DISCLOSURE PURSUANT COURT SCHEDULE**

Pursuant to Fed. R. Civ. P. 26(a)(2) Plaintiff discloses the following information regarding persons whom he may call as witnesses at trial to provide expert testimony:

Barbara Holian, LMHC, 333 East St. Pittsfield MA, 01201
413-499-0412

Michael Nuvallie, 10 Main St. North Adams MA, 01247
413-662-3025

                                                    For The Plaintiff,

_____
*(signature: Maarten N. Pellegrini)*

                                        Maarten N. Pellegrini, Plaintiff *pro se*
                                        56 Liberty Street, North Adams,
                                        Massachusetts 01247 - 774-364-0081

### CERTIFICATE OR SERVICE

I, Maarten N. Pellegrini, certify that on August 4, 2006, a copy of the above document was mailed by first class mail, postage prepaid, to counsel of record for Century 21 at the address below:

>Law Office of Donald E. Phillips
>Attn: Richard F. Faille
>One Monarch Place,
>1414 Main Street, Suite 550
>Springfield, MA 01144

_____

Maarten N. Pellegrini