UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAARTEN N. PELLEGRINI, )
          Plaintiff )
)
)
v. ) Civil Action No.  05-30077-MAP
)
)
CENTURY 21, HAROLD DUPEE )
REALTORS, )
          Defendant )

FURTHER SCHEDULING ORDER
November 8, 2006

NEIMAN, U.S.M.J.

      The following schedule was established at the case management conference this day:

1. Defendant shall produce updated contact information regarding Richard Shoestock by November 15, 2006.

2. If Plaintiff wishes to and can arrange for the deposition of Mr. Shoestock in accord with the Federal Rules of Civil Procedure, said deposition shall be completed by December 29, 2006, all costs thereof to be borne by Plaintiff, except for the costs of a videographer which shall be borne by Defendant.

3. The parties shall have until February 2, 2007, to file dispositive motions.  If the deposition of Mr. Shoestock does not take place, Defendant cannot

rely on an affidavit by him in support of its motion.

4.    Opposition(s) to such motions shall be filed by February 21, 2007, to which replies may be filed by February 28, 2007.

IT IS SO ORDERED.


DATED: <u>November 8, 2006</u>                    <u>/s/ Kenneth P. Neiman</u>
                                                    KENNETH P. NEIMAN
                                                    U.S. Magistrate Judge