UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
MAARTEN N. PELLEGRINI           \*
    Plaintiff                          \*
                                          \*   Case Number: 05CV30077-MAP
                                          \*
vs.                                        \*
                                          \*
CENTURY 21, HAROLD DUPEE \*
REALTORS,                              \*
    Defendant                         \*
                                          \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S MOTION FOR DEPOSITION BY TELEPHONE OR OTHER REMOTE ELECTRONIC MEANS

Now comes Plaintiff Maarten N. Pellegrini ("Plaintiff") requesting the Court to allow, as provided under Fed. R. Civ. P. 30(b)(7), the deposition of Mr. Richard Shoestock to "be taken by telephone or other remote electronic means". Plaintiff states that he has conferred in good faith with Counsel for Century 21 in an attempt to find agreement for the deposition sought to no avail. See Attachment A.

Plaintiff states that remote communication technology is advanced to the point that there is no reason to incur the added costs of transportation to Florida, since an in person examination of Mr. Shoestock may not be necessary in this case. Plaintiff requests that the Court allow this motion in order to minimize unnecessary costs associated with Mr. Shoestock's deposition in Florida.

For The Plaintiff,

_____*Maarten N. Pellegrini*_____ - *pro se*

Maarten N. Pellegrini, Plaintiff *pro se*
56 Liberty Street, North Adams, Massachusetts 01247
774-364-0081

## CERTIFICATE OF SERVICE

I, Maarten N. Pellegrini, certify that on November 14, 2006, a copy of the above document was mailed by first class mail, postage prepaid, to counsel of record for Century 21 at the address below:
    Law Office of Donald E. Phillips
    Attn: Richard F. Faille
    One Monarch Place,
    1414 Main Street, Suite 550
    Springfield, MA   01144

_____*Maarten N. Pellegrini*_____

Maarten N. Pellegrini

# Attachment A

Case 3:05-cv-30077-MAP    Document 29-2    Filed 11/15/2006    Page 1 of 2

Reminder: AOL will never ask you to send us your password or credit card number in an email. This message has been scanned for known viruses.

| | |
|---|---|
| From: | R FFAILLE@travelers.com |
| To: | mn pellegrini@aol.com |
| Subject: | RE: Deposition |
| Date: | Mon, 13 Nov 2006 8:23 AM |

I am not at all interested.

-----Original Message-----
From: mnpellegrini@aol.com [mailto:mnpellegrini@aol.com]
Sent: Friday, November 10, 2006 1:25 PM
To: Faille,Richard F
Subject: Re: Deposition

Dear Attorney Faille,

Please let me know whether you would be agreeable to a deposition by remote electronic means.

Sincerely, Maarten Pellegrini

**Check out the new AOL.** Most comprehensive set of free safety and security tools, free access to millions of high-quality videos from across the web, free AOL Mail and more.

================================================================
This communication, together with any attachments hereto or links contained herein,
================================================================
The St. Paul Travelers e-mail system made this annotation on 11/13/06, 08:23:10.