UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * *
MAARTEN N. PELLEGRINI            *
         Plaintiff               *
                                 *    Case Number: 05CV30077-MAP
                                 *
vs.                              *
                                 *
CENTURY 21, HAROLD DUPEE         *
REALTORS,                        *
         Defendant               *
                                 *
* * * * * * * * * * * * * * * * * * * * * * *
```

**DOCKETED**

## PLAINTIFF'S MOTION FOR LEAVE TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEPOSITION BY TELEPHONE OR OTHER REMOTE ELECTRONIC MEANS

Plaintiff Maarten N. Pellegrini , ("Plaintiff") moves the Court for leave to file Plaintiff's Reply ("Reply") to Defendant's Opposition To Plaintiff's Motion For Deposition By Telephone Or Other Remote Electronic Means ("Opposition").

The reasons for his Motion are:

1. Defendant, Century 21, Harold Dupee Realtors ("Century 21") has raised new issues of Plaintiff's intent that need to be answered.

2. Century 21 has incorrectly implied that Plaintiff could not obtain documents in a deposition by telephone or other remote means.

3. Plaintiff's Reply is less than 2 pages in length.

1

For The Plaintiff,

*Maarten N. Pellegrini* pro se

Maarten N. Pellegrini, Plaintiff *pro se*
56 Liberty Street, North Adams, Massachusetts
01247
                774-364-0081

## CERTIFICATE OF SERVICE

I, Maarten N. Pellegrini, certify that on November 19, 2006, a copy of the above
document was mailed by first class mail, postage prepaid, to counsel of record for
Century 21 at the address below:

Law Office of Donald E. Phillips
Attn: Richard F. Faille
One Monarch Place,
1414 Main Street, Suite 550
Springfield, MA   01144
E-mail address:      rffaille@stpaultravelers.com

*Maarten N. Pellegrini*

Maarten N. Pellegrini