UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
MAARTEN N. PELLEGRINI          *
        Plaintiff              *
                               *   Case Number: 05CV30077-MAP
                               *
vs.                            *
                               *
CENTURY 21, HAROLD DUPEE       *
REALTORS,                      *
        Defendant              *
                               *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## PLAINTIFF'S REPLY TO CENTURY 21'S OPPOSITION

Contrary to Century 21's implication that Plaintiff will not be able to examine documents by telephone or remote means, Plaintiff intends that the subpoenaed documents are to be produced, at a court reporting office, prior to the appearance of Mr. Shoestock and that copies could be sent or faxed to Massachusetts. In that event the deposition, to be scheduled a few days later, could be taken by telephone only. On a subpoena duces tecum form, the time and place for production of documents may be unique and separate from the time and place of a deposition.

Also, Century 21 has apparently misunderstood the capabilities of depositions by telephone and remote means. It is not true that a deposition by remote means does not provide for the examination of documents. Following conversations with a court reporting office in the Florida area, Plaintiff has learned that depositions by video

1

conferencing are available. Plaintiff had specifically asked if the video conferencing would allow the examination of documents. Plaintiff was informed that this was possible and not uncommon.

For both these reasons the examination of Mr. Shoestock, along with produced documents under subpoena, can be accomplished by telephone or remote video means, and that Plaintiff sees no need to unnecessarily increase the cost to both parties.

Plaintiff respectfully asks for prompt attention due to the circumstances and deadlines in place.

For The Plaintiff,

_____ - pro se
Maarten N. Pellegrini, Plaintiff *pro se*
56 Liberty Street, North Adams, Massachusetts 01247
774-364-0081

**CERTIFICATE OF SERVICE**

I, Maarten N. Pellegrini, certify that on November 19, 2006, a copy of the above document was mailed by first class mail, postage prepaid, to counsel of record for Century 21 at the address below:
  Law Office of Donald E. Phillips
  Attn: Richard F. Faille
  One Monarch Place,
  1414 Main Street, Suite 550
  Springfield, MA   01144
E-mail address:    rffaille@stpaultravelers.com

_____
Maarten N. Pellegrini

2