UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
MAARTEN N. PELLEGRINI and           *
NICOLA M. PELLEGRINI,               *
          Plaintiffs                *  Case Number: 05CV30077-MAP
                                    *
vs.                                 *
                                    *
CENTURY 21, HAROLD DUPEE            *
REALTORS,                           *
          Defendant                 *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## DEFENDANT'S MOTION FOR

## SUMMARY JUDGMENT

Now comes the defendant in the above entitled and moves that the Court enter Summary Judgment in its favor on the grounds that there are no material issues of fact in dispute and the plaintiff cannot make out an essential element of his case.

Or in the Alternative

## DEFENDANT'S MOTION FOR

## PARTIAL SUMMARY JUDGMENT

Now comes the defendant in the above entitled and in the alternative to the granting of Summary Judgment in its favor moves that the Court enter Summary Judgment in its favor to any claims that the plaintiff may have for emotional distress damages for the reason that the plaintiff cannot prove most of the elements for such a recovery.

**ORAL ARGUMENT
IS REQUESTED**

2

                THE DEFENDANT
                By Its Attorney


                /s/ Richard F. Faille
                Richard F. Faille, Esquire, BBO#: 157640
                Law Offices of Donald E. Phillips
                1414 Main Street, Suite 550
                Springfield, MA 01144
                (413) 730-6350
                Richard.Faille@stpaul.com


**CERTIFICATE OF SERVICE**

    I, Richard F. Faille, Attorney for the Defendant hereby certify that on February 5, 2007, I copied the foregoing document by mailing a copy of the same, postage prepaid, to:

        Maarten N. Pellegrini, Pro Se
        56 Liberty Street
        North Adams, MA   01247


                /s/ Richard F. Faille