UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MAARTEN N. PELLEGRINI,       )
    Plaintiff             )
                                 )
              v.          )   C.A. NO. 05-30077-MAP
                                 )
CENTURY 21, HAROLD DUPEE    )
REALTORS,                    )
    Defendant             )

MEMORANDUM AND ORDER REGARDING
REPORT AND RECOMMENDATION WITH REGARD TO
CROSS-MOTIONS FOR SUMMARY JUDGMENT
(Dkt. Nos. 33, 34 & 41)

July 20, 2007

**PONSOR, D.J.**

    Plaintiff, representing himself, contends that Defendant violated 42 U.S.C. § 4852d by knowingly failing to disclose information "concerning the real and potential hazards of lead paint" prior to Plaintiff signing a purchase and sale agreement for certain real estate. Discovery has been completed, and the parties filed cross-motions for summary judgment that were referred to Chief Magistrate Judge Kenneth P. Neiman for a report and recommendation.

    On June 29, 2007, Judge Neiman issued his Report and Recommendation, to the effect that both motions should be denied, based upon disputed issues of fact. Plaintiff has filed an objection to the Report and Recommendation, but Defendant has not.

Only limited discussion is necessary.  As Judge Neiman's detailed Report and Recommendation indicates, disputed issues of fact exist as to the nature and extent of disclosures here.  To resolve these issues, a jury trial will be required.

For the foregoing reasons, the court, upon de novo review, hereby ADOPTS the June 29, 2007 Report and Recommendation (Dkt. No. 41).  Based upon this, the court hereby DENIES the parties cross-motions for summary judgment (Dkt. Nos. 33 & 34).

The clerk is ordered to issue an order setting this case down for a final pretrial conference and describing the parties' responsibilities in connection with that conference.

It is So Ordered.

        /s/ Michael A. Ponsor
        MICHAEL A. PONSOR
        U. S. District Judge