UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 - 30077 - MAP

| | |
|---|---|
| MAARTEN N. PELLEGRINI and NICOLA M. PELLEGRINI, *Plaintiffs* | ) ) ) ) |
| v. | ) ) |
| CENTURY 21, HAROLD DUPEE REALTORS, *Defendant* | ) ) ) ) |

## NOTICE OF APPEARANCE

Please enter our appearance as attorneys for the Defendant, Century 21, Harold Dupee Realtors, with respect to the above-referenced matter.

The Defendant,
Century 21, Harold Dupee Realtors

By Its Attorneys,
Morrison Mahoney LLP

/s/ John G. Bagley
John G. Bagley, Esquire, BBO# 026050
Andrew P. Lawendowski, BBO# 656833
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA  01115-5387
(413) 737-4373
(413) 739-3125 (Fax)

## CERTIFICATE OF SERVICE

I, John G. Bagley, Esquire of Morrison Mahoney LLP, 1500 Main Street, Suite 2400, P.O. Box 15387, Springfield, Massachusetts 01115-5387, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and a paper copy will be sent to those indicated as non-registered participants on August 17, 2007 as indicated below:

Richard F. Faille, Esquire
Law Offices of Donald E. Phillips
One Monarch Place, Suite 550
Springfield, MA  01144

Maarten N. Pellegrini, ProSe
56 Liberty Street
North Adams, MA  01247

/s/ John G. Bagley
John G. Bagley, Esquire
BBO# 026050

367310v1