UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
MAARTEN N. PELLEGRINI and           \*
NICOLA M. PELLEGRINI,               \*
    Plaintiffs                    \*  Case Number: 05CV30077-MAP
                                   \*
vs.                                 \*
                                   \*
CENTURY 21, HAROLD DUPEE            \*
REALTORS,                           \*
    Defendant                      \*
                                   \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter my Withdrawal of Appearance for the Defendant, Century 21, Harold Dupee Realtors, in the above-entitled matter. The Appearance of successor counsel is being filed herewith.

                                THE DEFENDANT,
                                By Its Attorney

                                /s/ Richard F. Faille
                                Richard F. Faille, Esquire, BBO#: 157640
                                Law Offices of Donald E. Phillips
                                One Monarch Place, Suite 550
                                Springfield, MA 01144
                                (413) 730-6350
                                Richard.Faille@stpaul.com

## CERTIFICATE OF SERVICE

    I, Richard F. Faille, Attorney for the Defendant hereby certify that on August 13, 2007, I copied the foregoing document by mailing a copy of the same, postage prepaid, to:

| | |
|---|---|
| Maarten N. Pellegrini, Pro Se | John Bagley, Esq. |
| 56 Liberty Street | Morrison Mahoney, LLP |
| North Adams, MA  01247 | 1500 Main Street |
| | Springfield, MA  01115 |

                                /s/ Richard F. Faille