UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 - 30077 - MAP

MAARTEN N. PELLEGRINI and )
NICOLA M. PELLEGRINI, )
*Plaintiffs* )
)
v. )
)
CENTURY 21, HAROLD DUPEE )
REALTORS, )
*Defendant* )

## DEFENDANT'S MOTION TO CONTINUE PRE-TRIAL CONFERENCE

Now comes the Defendant, Century 21, Harold Dupee Realtors, and moves to continue the Pre-trial Conference presently scheduled for September 5, 2007 to the following week or another time convenient to the court. As grounds therefor, the Defendant says that its trial counsel, John G. Bagley, is on vacation during the week of September 3, 2007.

The Defendant,
Century 21, Harold Dupee Realtors

By Its Attorneys,
Morrison Mahoney LLP

/s/ John G. Bagley
John G. Bagley, Esquire, BBO# 026050
Andrew P. Lawendowski, BBO# 656833
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA 01115-5387
(413) 737-4373
(413) 739-3125 (Fax)

## CERTIFICATE OF SERVICE

I, John G. Bagley, Esquire of Morrison Mahoney LLP, 1500 Main Street, Suite 2400, P.O. Box 15387, Springfield, Massachusetts 01115-5387, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and a paper copy will be sent to those indicated as non-registered participants on August 24, 2007 as indicated below:

Maarten N. Pellegrini, ProSe
56 Liberty Street
North Adams, MA 01247

/s/ John G. Bagley
John G. Bagley, Esquire
BBO# 026050

368605v1