UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
MAARTEN N. PELLEGRINI,      )
      Plaintiff             )
                            )
            v.              )  C.A. NO. 05-30077-MAP
                            )
CENTURY 21, HAROLD DUPEE    )
REALTORS,                   )
      Defendant             )
```

SCHEDULING ORDER

October 10, 2007

PONSOR, D.J.

Counsel for Defendant and Plaintiff, <u>Pro Se</u>, appeared before this court for a final pretrial conference on October 9, 2007. Based on representations made at the conference, the court orders as follows:

    1. On or before November 9, 2007, the parties will file a joint report, authored by counsel for Defendant, regarding whether they wish to proceed to mediation, and, if so, what the timing of this process will be.

    2. Also by November 9, 2007, either party may file motions related to the trial. These motions, if filed, will be opposed by November 30, 2007.

    3. The parties will appear again for a status conference on January 8, 2008 at 10:00 a.m.

    4. Trial in this matter will commence on January 14, 2008 at 10:00 a.m. Counsel will appear that day at 9:00 a.m. for a conference prior to commencement of jury selection. The trial will proceed thereafter from 9:00 a.m. to 1:00 p.m.

    5. Proposed <u>voir dire</u> questions, proposed jury instructions and motions <u>in limine</u> will be filed no later than January 7, 2008.

6. As noted, trial in this case is formally scheduled to commence on January 14, 2008. Counsel are hereby notified, however, that due to the court's congested trial docket the case may actually be called to trial on January 14 or any day during the <u>four weeks</u> following. Counsel should stay in touch with the courtroom deputy, Elizabeth French, to confirm the actual date for trial.

It is So Ordered.

                                  <u>/s/ Michael A. Ponsor</u>
                                  MICHAEL A. PONSOR
                                  United States District Judge