UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 - 30077 - MAP

| | |
|---|---|
| **MAARTEN N. PELLEGRINI** and **NICOLA M. PELLEGRINI,** *Plaintiffs* | ) ) ) ) |
| v. | ) ) ) |
| **CENTURY 21, HAROLD DUPEE REALTORS,** *Defendant* | ) ) ) ) ) |

## JOINT STATEMENT REGARDING MEDIATION

The parties have conferred to discuss the mediation of this matter. At this point, prior to the rulings, Plaintiff is not inclined to mediate and would prefer to have the Court rule on motions, which he has already filed.

The Plaintiff,
**MAARTEN N. PELLEGRINI,** *Pro Se*

The Defendant,
**CENTURY 21, HAROLD DUPEE REALTORS**

By Its Attorneys,
**Morrison Mahoney LLP**

  /S/  Maarten N. Pellegrini           
Maarten N. Pellegrini
56 Liberty Street
North Adams, Massachusetts  01247
(774) 364-0081

  /S/  John G. Bagley           
John G. Bagley, Esquire, BBO# 026050
Andrew P. Lawendowski, BBO# 656833
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA  01115-5387
(413) 737-4373
(413) 739-3125 (Fax)

376543v1

**CERTIFICATE OF SERVICE**

     I, John G. Bagley, Esquire of Morrison Mahoney LLP, 1500 Main Street, Suite 2400, P.O. Box 15387, Springfield, Massachusetts 01115-5387, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and a paper copy will be sent to those indicated as non-registered participants on November 9, 2007 as indicated below:

Maarten N. Pellegrini, ProSe
56 Liberty Street
North Adams, MA  01247

                                      /s/ John G. Bagley
                                      John G. Bagley, Esquire
                                      BBO# 026050