UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * *
MAARTEN N. PELLEGRINI              *
        Plaintiff                  *
                                   *   Case Number: 05CV30077-MAP
                                   *
vs.                                *
                                   *
CENTURY 21, HAROLD DUPEE           *
REALTORS,                          *
        Defendant                  *
                                   *
* * * * * * * * * * * * * * * * * * * * * * *
```

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO PRECLUDE PLAINTIFF FROM OFFERING HEARSAY EVIDENCE OR TESTIMONY

Maarten N. Pellegrini ("Plaintiff") opposes Defendant's, Century 21, Harold Dupee Realtors ("Century 21") motion entitled "Defendant's Motion In Limine To Preclude The Plaintiff From Offering Hearsay Evidence Or Testimony".

As grounds for his opposition Plaintiff states:

1. The documents which Century 21 objects to (the affidavits of Nicola Pellegrini, Maarten Pellegrini, Gerald Pellegrini, and the Lead Inspection Report,) are intended to be used at trial only in aid of witness testimony and not for evidence in lieu of, or as a substitute of, witness testimony.

2. The documents which Century 21 objects to (the Lead Hazard Abatement Estimates, and a document related to Median Rental Prices) are either public records or reports (See Exhibit A, herein attached) which are exceptions to the

1

Hearsay Rule under *Federal Rules Of Evidence* 803(8), or they will be used at trial in aid of witness testimony.

Respectfully Submitted,

*[signature]* *pro se*

Maarten N. Pellegrini, *pro se*
56 Liberty Street
North Adams, MA 01247

**CERTIFICATE OR SERVICE**

I, Maarten N. Pellegrini, certify that on November 29, 2007 a copy of the above document was mailed by first class mail, postage prepaid, to counsel of record for Century 21 at the address below:

Andrew Lawendowski
Morrison Mahoney LLP
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA  01115-5387

*[signature]*
Maarten N. Pellegrini

2



Wednesday,
September 27, 2006

Part V

# Department of Housing and Urban Development

Final Fair Market Rents for the Housing Choice Voucher Program and Moderate Rehabilitation Single Room Occupancy Program for Fiscal Year 2007; Notice

SCHEDULE B - FY 2007 FINAL FAIR MARKET RENTS FOR EXISTING HOUSING

PAGE 22

MASSACHUSETTS continued

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Components of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Berkshire County, MA (part) HMFA | 516 | 579 | 668 | 914 | 941 | Berkshire County towns of Alford town, Becket town, Clarksburg town, Egremont town, Florida town, Great Barrington town, Hancock town, Monterey town, Mount Washington town, New Ashford town, New Marlborough town, North Adams city, Otis town, Peru town, Sandisfield town, Savoy town, Sheffield town, Tyringham town, Washington town, West Stockbridge town, Williamstown town, Windsor town |
| Boston-Cambridge-Quincy, MA-NH HMFA | 1097 | 1164 | 1366 | 1634 | 1795 | Essex County towns of Amesbury town, Beverly city, Danvers town, Essex town, Gloucester city, Hamilton town, Ipswich town, Lynn city, Lynnfield town, Manchester-by-the-Sea town, Marblehead town, Middleton town, Nahant town, Newbury town, Newburyport city, Peabody city, Rockport town, Rowley town, Salem city, Salisbury town, Saugus town, Swampscott town, Topsfield town, Wenham town Middlesex County towns of Acton town, Arlington town, Ashby town, Ashland town, Ayer town, Bedford town, Belmont town, Boxborough town, Burlington town, Cambridge city, Carlisle town, Concord town, Everett city, Framingham town, Holliston town, Hopkinton town, Hudson town, Lexington town, Lincoln town, Littleton town, Malden city, Marlborough city, Maynard town, Medford city, Melrose city, Natick town, Newton city, North Reading town, Reading town, Sherborn town, Shirley town, Somerville city, Stoneham town, Stow town, Sudbury town, Townsend town, Wakefield town, Waltham city, Watertown city, Wayland town, Weston town, Wilmington town, Winchester town, Woburn city Norfolk County towns of Bellingham town, Braintree town, Brookline town, Canton town, Cohasset town, Dedham town, Dover town, Foxborough town, Franklin city, Holbrook town, Medfield town, Medway town, Millis town, Milton town, Needham town, Norfolk town, Norwood town, Plainville town, Quincy city, Randolph town, Sharon town, Stoughton town, Walpole town, Wellesley town, Westwood town, Weymouth town, Wrentham town Plymouth County towns of Carver town, Duxbury town, Hanover town, Hingham town, Hull town, Kingston town, Marshfield town, Norwell town, Pembroke town, Plymouth town, Rockland town, Scituate town, Wareham town Suffolk County towns of Boston city, Chelsea city, Revere city, Winthrop town |
| Brockton, MA HMFA | 868 | 904 | 1138 | 1361 | 1706 | Norfolk County towns of Avon town Plymouth County towns of Abington town, Bridgewater town, Brockton city, East Bridgewater town, Halifax town, Hanson town, Lakeville town, Marion town, Mattapoisett town, Middleborough town, Plympton town, Rochester town, West Bridgewater town, Whitman town |
| Eastern Worcester County, MA HMFA | 751 | 840 | 1105 | 1320 | 1939 | Worcester County towns of Berlin town, Blackstone town, Bolton town, Harvard town, Hopedale town, Lancaster town, |



# CITY OF NORTH ADAMS, MASSACHUSETTS

## Office of Community Development

### Memorandum

TO: Maarten Pellegrin

FROM: Michael Nuvallie

DATE: October 7, 2004

RE: Lead Abatement – Draft Spec's
___

Enclosed you will find a draft copy of the lead paint abatement specifications and estimate, which is based upon the lead inspection report that you had provided me. As previously discussed with you, it is mostly written as a "removal and disposal" job, with "put-back" of new items. As also discussed with you, you have to consider many other variables:

- Your desire to seek owner-approved training and subsequent work that you may want to consider (i.e; more encapsulating paint versus removal/disposal)

- The complete gutting of the 2nd Floor Unit to convert back into a bonafide rental unit

- The removal of the upper rear porch in its entirety

- Other new exterior work such as vinyl siding

As you can see, this is quite an expensive project, and MassHousing's "Get The Lead Out Program" can provide up to only $25,000 on an eligible two-family dwelling. If pursued, you may need to secure other types of financing, or to reduce the cost with owner provided work after proper training. MassHousing also has a "Home Improvement Loan Program" that I spoke about previously. It is also important to make sure if this is being done as a single-family project versus a two-family one.

Please review very carefully. I would highly recommend taking your time to plot your course of action. I feel a lot will depend on how long you plan on residing within this property.

Thank you,

MFN/mn

Enclosure

10 Main Street • North Adams, Massachusetts 01247
Telephone: (413) 662-3025  Fax: (413) 662-3149  email: naocd@bcn.net

**MHFA IMPROVEMENT PROGRAMS**          **OFFICE OF COMMUNITY DEVELOPMENT**
**CITY OF NORTH ADAMS, MA 01247**          **CITY HALL- 10 MAIN ST; 662-3025**

## SPEC SHEET

| | |
|---|---|
| OWNER: Pellegrin, Maarten & Nicola | Program Type: ___ P&R  ___ HILP  _X_ LP |
| ADDRESS: 56 Liberty Street | |
| PHONE: 774-364-0081           JOB #: MHFA/LP/032-33 | PAGE 1 OF 6 |
| GENERAL SCOPE: Lead Paint Abatement | |

**TO PERFORM THE FOLLOWING SCOPES OF WORK ACCORDING TO THE BELOW WRITTEN SPECIFICATIONS TO INCLUDE ALL LABOR & MATERIAL. EVERY LINE ITEM MUST HAVE A PRICE; FAILURE TO DO SO WILL MAKE THE BID PROPOSAL INCOMPLETE.**
[10/7/2004-SPECSHEET.DOT]

**INTRODUCTION:** This is a lead paint abatement project and as such, all federal, state and local regulations & procedures must be strictly adhered to! Specs are to be used in conjunction with the building's lead paint inspection report dated 7/29/04 (a 27 page report), which is all an integral part of this bid package.

**A. WINDOWS:** (i) *Sash* - Remove/dispose all of the following *positive* existing window units as referenced below. Install new in place to same Twenty one (21) tilt-in vinyl double hung colonial replacement window units, white CertainTeed's welded "Devon" unit, Mastic's "Trim-Lok" unit, or approved equal, **1 over 1 light pattern**, to include half screens and sash locks, insulated around unit with fiberglass insulation, according to the manufacturer's instructions.

   *notes*

- window units to have welded corners, equipped with a spring balance system, & safety nite lock features
- contractor **must** attached literature on proposed window unit if not using CertainTeed's "Devon" line or Mastic's "Trim-Lok", or bid shall be deemed incomplete
- units to overlap to the exterior of the bottom stop piece

- all work here shall include new # 2 pine window trim (casings/sills/headers/stops aprons), all knots sealed with "Bin" or equal sealer, and all new wood primed & painted with interior latex, OR, stained & 2 coats poly, choice of owner
- contractor responsible to repair/replace any damaged wall surfaces during installations with installation of new joint compound and/or caulking, smooth in place and touch-up painted to match

- retain all existing storm sash units (they are to be reinstalled in Scope A-(iv) below

    - Rm. # 2-Kitchen      1 unit (C side) [note-fixed unit here to become double-hung]
    - Rm. # 3             2 units (A & C sides)
    - 1st Fl. Bath        1 unit (A side)
    - Rm. # 5             2 units (C & D sides)
    - Rm. # 6             3 units (2 A & D sides)
    - Rm # 7              2 units (both A side)
    - 2nd Fl. Bathrm      1 unit (C side)
    - 2nd Fl. Kitchen     1 unit (B side)
    - Rm. # 8             2 units (A & B sides)
    - Rm. # 9             1 unit (C side)
    - Rm. # 11            1 unit (C side)
    - Rm. # 12            3 units (2 A & D sides)
    - 2nd Fl. Hall        1 unit (A side)

$ _8,925_

(ii) *Other Interior Window Trim* - Remove/dispose all old *positive* window casings/jambs/sills/aprons/stops on the positive areas as listed below, and install new wood trim to same specs and notations per Scope A-(i) above on these twelve (12) units.

- Rm. # 1       2 units (B & C sides)  all new trim
- Rm. # 4       5 units (C side window bay area)  all new trim
- Rm # 10      5 units (C side window bay area) new sills only

$ 1,020

(iii) *Cellar Windows*: Same basic spec's and notations per (i) above for the seven (7) cellar window units as noted below. Six units of this count are large enough to be doulbe-hungs, the first one on the D side can be a hopper type. All seven of this count shall have new p.t. frames, interior & exterior stops, with sides parged in with new mortar between new framing and the stone foundation.

- C side Exterior    5 units (all at grade level)
- D side Exterior    2 units (both at grade level—northern most one to be a pull-iin hopper-type)

$ 2325

(iv) *Exterior Window Trim* - For all window locations in scope A-(i) above, plus, for all locations where vinyl windows presently exist, install new brown aluminum coil-stock for Thirty-three (33) exterior window units, properly secured/tucked into place, to include matching colored caulking where necessary. Reinstall all existing brown aluminum storm sash units to same locations.

$ 4,625

**B. DOORS**: (i) *Solid* - Remove/dispose nine (9) *positive* entry doors & their casings/jambs as noted. Install new in place to same one (1) steel metal entrance door unit & eight (8) solid wooden units to same, complete with hardware, locksets, & all appurtenant work thereto. Work here shall include new # 2 pine casings/jambs, all knots sealed with "Bin" or equal, primed & painted. Units may be pre-hung if workable (it shall be the contractor's responsibility to determine this with his bid). "Csgs/jmbs" on "both sides" shall mean new trim work on both sides of the door opening (in the room that it is cited and in the adjacent area). Some have a "threshold repair", which is either making intact the threshold or the replacement of it. Contractor is responsible to repair/replace any damaged wall surfaces during installations.

*note* – The wooden doors to be a "Brosco's" fir # F-5144 or approved equal, according to manufacturer's instructions, complete with lockset hardware and all weather-stripping. Sand and finish stain with 2 coats poly, or, prime and paint, choice is owener's.

*note* – The steel unit to be a Therma-Tru "Smooth-Star S-550" or approved equal, equipped with "S-550SL" side lites, painted to owner's choice purusant to manufacturer's instructions

- Rm. # 1              1 unit (A side entry to 1st Fl. Hall) w/ csgs/jmbs both sides, and threshold repair
- Rm. # 1              1 unit (D side to rear Porch) w/ csgs/jms room side only
- Rm. # 3              1 unit (A side entry to Front Porch) w/ csgs/jbms room side only & threshold repair
- Rm. # 3              1 unit (C side to rear Porch) w/ csgs/jmbs room side only & threshold repair
- 2nd Fl. Kitchen       1 unit (A side to Stairwell) w/ csgs/jmbs both sides & threshold repair
- 2nd Fl. Kitchen       1 unit (C side to Porch) w/ csgs/jmbs room side only & threshold repair
- 1st Fl. Hall (left)      1 unit (B side to Cellar) w/ csgs/jmbs room side only [solid wooden unit—no lites]
- 1st Fl. Hall (left)      1 unit (A side to Ext.) w/ csgs/jmbs room side only & threshold repair
- 1st Fl. Hall (right)    1 unit (A side to Ext) w/ csgs/jmbs room side only & threshold [steel pre-hung w/ side-lites]

*notes* - for all six exterior door locations (3 A side & 3 C side), work here to include the temporary removal of all existing storm doors, installation of brown aluminum coil stock properly tucked into place between clapboarding and side of casing, caulked as necessary, & reinstallation of existing storm door units.

$ 4,750

**SUBTOTAL PAGE 2:** $ 12,720

(ii) *Interior Hollow* - Remove/dispose all *positive* interior doors & their casings/jambs as noted. Install new to same Twenty-five (25) hollow core door units, complete with all hardware, passage-sets, & all appurtenant work thereto. Work here shall include new # 2 pine casings/jambs, all knots sealed with "Bin" or equal, primed & painted. Units may be pre-hung if workable (it shall be the contractor's responsibility to determine this with his bid). "Csgs/jmbs" on "both sides" shall mean new trim work on both sides of the door opening (in the room that it is cited and in the adjacent area). Some have a "threshold repair", which is either making intact the threshold or the replacement of it. Prime & paint all new doors with interior latex, color/finish choice of owners. Contractor is responsible to repair/replace any damaged wall surfaces during installations.

- Rm. # 3          1 unit (B side to Bathrm) w/ csgs/jmbs on both sides & threshold repair
- Rm. # 3          1 unit (B side to Rm. # 2-Kitchen) w/ csgs/jmbs on both sides & threshold repair
- 1st Fl.Bathrm    1 unit (C side closet) w/ csgs/jmbs both sides & threshold repair
- 1st Fl.Bathrm    1 unit (C side 2nd closet) w/ csgs/jmbs both sides & threshold repair
- Rm. # 4          1 unit (A side to Rm. # 6) w/ csgs/jmbs on both sides & threshold repair
- Rm. # 4          1 unit (A side closet) w/ csgs/jmbs on both sides & threshold repair
- Rm. # 4          1 unit (A side to Hall) w/ csgs/jmbs on both sides & threshold repair
- Rm. # 4          1 unit (D side to Rm. # 5) w/ csgs/jmbs on both sides & threshold repair
- Rm. # 6          1 unit (B side to Hall) w/ csgs/jmbs on both sides & threshold repair
- Rm. # 7          1 unit (B side to Attic) w/ csgs/jmbs on room side only & threshold repair
- Rm. # 7          1 unit (B side to Stairwell) w/ csgs/jmbs on both sides & threshold repair
- Rm. # 7          1 unit (C side to Rm. # 9) w/ csgs/jmbs on both sides & threshold repair
- Rm. # 7          1 unit (D side to Rm. # 8) w/ csgs/jmbs on both sides & threshold repair
- 2nd Fl. Bathrm    1 unit (B side to Kitchen) w/ csgs/jmbs on both sides & threshold repair
- 2nd Fl. Bathrm    1 unit (D side to Rm. # 9) w/ csgs/jmbs on both sides & threshold repair
             (note-this door was missed on the lead report)

- Rm. # 8          1 unit (C side closet) w/ csgs/jmbs both sides & threshold repair
- Rm. # 9          1 unit (A side closet) w/ csgs/jmbs both sides & threshold repair, AND, remove/dispose lower shelvings support & patch & replace with new

- Rm. # 9          1 unit (D side to Rm. # 10) w/ csgs/jmbs boths sides
- Rm. # 10         1 unit (A side to Hall) w/ csgs/jmbs both sides & threshold repair
- Rm. # 10         1 unit (D side closet) w/ csgs/jmbs both sides & threshold repair, AND, removal/disposal of two lower shelves & supports and replace with new

- Rm. # 11         1 unit (A side closet) w/ csgs/jmbs both sides & threshold repair
- Rm. # 11         1 unit (B side Hall) w/ csgs/jmbs both sides & threshold repair
- Rm. # 12         1 unit (B side to Hall) w/ csgs/jmbs both sides & threshold repair
- Rm. # 12         1 unit (C side closet) w/ csgs/jmbs both sides
- 2nd Fl. Hall      1 unit (C side to Attic) w/ csgs/jmbs room side only & threshold repair

$ 8,625

SUBTOTAL PAGE 3: $ 8,625

(iii) *Other Interior Doorways* - Remove/dispose Four (4) *positive* doorway casings/jambs as noted below. Install new # 2 pine casing/jambs to same locations, seal all knots sealed with "Bin" or equal, prime & paint same with interior latex, color/finish choice of owners. "Csgs/jmbs" on "both sides" shall mean new trim work on both sides of the door opening (in the room that it is cited and in the adjacent area). Some have a "threshold repair", which is either making intact the threshold or the replacement of it. Contractor is responsible to repair/replace any damaged wall surfaces during installations.

- Rm. # 2-Kitchen        2 units (B & D sides) w/ csgs/jmbs on both sides
- Rm. # 3               1 unit (D side to Rm. # 4) w/ csgs/jmbs both sides
- Rm. # 7               1 unit (C side to Kitchen) w/ csgs/jmbs on both sides & threshold repair

$ __800__

(iv) *Other Areas* - Install new pine wooden trimwork to the C side Archway of Rm. # 4 from floor up to the 5 LF height, and four (4) inches back from the corners, prime & paint same with white interior latex. Install new pine casings/trimwork over the existing box-chase in the A/D corner and at the B side wall area of the 2nd Floor rightside interior Hallway.

$ __350__

**C. BASEBOARDS**: (i) *New* - Remove/dispose the following *postive* baseboards in their entirety as noted below. Install new wooden pine baseboarding to same areas (approx. 542 LF), prime & paint same with interior latex. Contractor to repair all damaged wall surfaces during installations.

- Rm # 2-Kitchen        (all sides)         7 LF
- 1st Fl. Bathrm   (A,B & D sides) 21 LF
- Rm # 3                (all sides)         45 LF
- Rm # 4                (all sides)         30 LF
- Rm # 5                (all sides)         50 LF
- Rm # 6                (all sides)         48 LF
- 1st Fl. Hall (right)  (all sides)    23 LF
- 2nd Fl. Hall (right)  (all sides)    45 LF
- Rm # 7                (all sides)         44 LF
- Rm # 8                (all sides)         50 LF
- Rm # 9                (all sides)         28 LF
- Rm # 10               (all sides)         37 LF
- Rm # 11               (all sides)         34 LF
- Rm # 12               (all sides)         50 LF
- 2nd Fl. Bathrm   (all sides)         17 LF
- 1st Hall (right) (all sides)         13 LF

$ __1,220__

**D. CHAIRAILS**: Remove/dispose the following *positive* chairails. Install new pine chairail trim work to same locations as noted below. Prime & paint same with interior latex, color/finish choice of owner. Contractor is responsible for all damaged wall surfaces during installations.

*notes* – approximate 20 LF as follows

- Rm. # 1      (all sides)    17 LF
- Rm. # 6      (all sides)     3 LF

$ __80__

**SUBTOTAL PAGE 4: $ __2,450__**

**E. STAIRWELL:** (i) *Left Interior Stairwell* - Make intact all loose/chipped/flaked/peeling areas on the upper A side wall where the small trap door exists. Install new medium grade indoor/outdoor carpeting on entire stairwell (from landing to top threshold, stringer to stringer, & covering all treads & risers in their entirety). Install ¼ round molding on top of side stair stringers, primed & painted to match, balance of surface to be intact.

$ __725__

(ii) *Middle Staircase* - Install new medinm grade indoor/outdoor carpeting on the entire stairwell (from landing to top, stringer to stringer, & covering all treads & risers in their entirety. Note, this stairwell is noted on page 18 of the lead paint inspection report. Apply ample number of coats of approved encapsulating paint, purusant to manufacturer's instructions, to all railings, balusters, newel posts for this entire stairwell on both the first and second floors, to include all other areas as noted within the lead report. Color of paint choice of owner.

$ __900__

**F. CABINETRY:** (i) *Built-In Units* - Remove/dispose the *positive* cabinet elements (doors, shelving, supports, frames, etc.), for in the A/B corner of Rm. # 2-Kitchen. Patch all defects/voids to the underlying areas on the flooring and walls as necessary and make ready for new cabinetry. New cabinetry is to be installed by others.

$ __800__

(ii) *New* - Apply ample number of coats of approved encapsulating paint, purusant to manufacturer's instructions, to the three (3) built-in fireplace mantels as noted below. Cover all areas in full as delineated on the lead paint inspection report. Color of paint choice of owner.

*notes*

- Rm. # 3      B side mantel
- Rm. # 6      C side mantel
- Rm. # 12     C side mantel

$ __375__

**G. EXTERIOR:** (i) *Front Porch* - Remove/dispose the existing porch support and lower porch walls on front exterior porch, retain ornate support brackets. Install new 4" x 4" p.t. post, boxed in with new # pine pine casings, reattach ornate brackets, prime & paint same to match existing. Install new pre-made p.t. top & bottom rails with intermediate p.t. square-stock balusters to code requirements (approx. 11 LF). Remove/dispose existing set of front steps, install new set of p.t. ones to same, attached to existing run of stairs.

$ __1,070__

(ii) *Cellar Door Units* - Remove/dispose the existing exterior cellar doorway units on the B & D sides of dwelling. Install new wooden solid cellar doors, complete with new jambs & casings, prime and paint same, color choice of owner. This units may have to be custom-made for these two locations.

$ __1,040__

(iii) *Intact Trim* - Scrape all loose/chipped/flaked/peeling paint from the upper tirn areas on the rear 2nd Floor porch. Spot prime as necessary, and apply one finish 'touch-up' coat to same areas.

$ __225__

**SUBTOTAL PAGE 5:** $ __5,135__

SUBTOTAL PAGE 5: $ 5,135

SUBTOTAL PAGE 4: $ 2,450

SUBTOTAL PAGE 3: $ 8,625

SUBTOTAL PAGE 2: $ 12,720

SUBTOTAL PAGE 1: $ 8,925

TOTAL BASE BID: $ 37,855

NOTE: CONTRACTOR MUST ATTACH A COPY OF THE CURRENT LEAD ABATEMENT LICENSE, WHETHER THIS CONTRACTOR IS BEING UTILIZED AS THE "GENERAL" ON THIS PROJECT OR AS THE "SUB". A COPY OF THE CURRENT CERTIFICATE OF INSURANCE MUST ALSO BE INCLUDED WITH THIS BID.