UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2007 DEC 20  A 10: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

```
***************************
MAARTEN N. PELLEGRINI          *
        Plaintiff              *
                               *   Case Number: 05CV30077-MAP
                               *
vs.                            *
                               *
CENTURY 21, HAROLD DUPEE       *
REALTORS,                      *
        Defendant              *
                               *
***************************
```

## PLAINTIFF'S MOTION TO CLARIFY COURT'S RULING OF DECEMBER 12, 2007

Maarten N. Pellegrini ("Plaintiff") requests for clarification of portions of the Court's ruling of December 12th ("Ruling").

Plaintiff states that he has conferred with Counsel for Century 21, Harold Dupee Realtors ("Century 21") and that Plaintiff and Counsel for Century 21 <u>do not agree</u> regarding the interpretation the Court's Ruling. See Attachment A, e-mail correspondence of 12/17/07 and 12/18/07.

Plaintiff respectfully requests that the Court clarify the Ruling with regards to the following questions:

1. Does Ruling find that there is <u>no requirement</u> under the 42 U.S.C. Section 4852d for the Property Transfer Lead Paint Notification ("PTLPN") to be attached to the Standard

Berkshire County Multiple Listing Service Purchase and Sale Agreement ("P&S Agreement")?

2. Does Ruling make any <u>interpretation of the language and meaning</u> of the P&S Agreement, <u>as a matter of law</u>?

------------------If so, what does the P&S Agreement indicate is attached?

3. Is Plaintiff precluded from presenting evidence and arguing <u>before the jury</u> that the language of the P&S Agreement represents that the PTLPN is attached, <u>as a matter of fact</u>, or that a reasonable prudent person would believe that the PTLPN was attached (for example, that ",which is attached hereto" is essential information to the meaning of the sentence)?

    Earlier in this case the Magistrate Judge found the language of the P&S Agreement "appears to require" that the PTLPN is attached to the P&S Agreement. See R&R pages 17 and 18. The Magistrate Judge did not rule out that a jury may find as <u>a matter of fact</u> that the P&S Agreement represented that the PTLPN was attached.

2

Respectfully Submitted,

_____ - pro se

Maarten N. Pellegrini, *pro se*
56 Liberty Street
North Adams, MA 01247

## CERTIFICATE OR SERVICE

I, Maarten N. Pellegrini, certify that on December 19, 2007 a copy of the above document was mailed by first class mail, postage prepaid, to counsel of record for Century 21 at the address below:

Andrew Lawendowski
Morrison Mahoney LLP
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA  01115-5387

_____
Maarten N. Pellegrini

Attachment A

**From:** Lawendowski, Andrew <alawendo@morrisonmahoney.com>
**To:** mnpellegrini@aol.com
**Subject:** RE: Pellegrini v. Century 21, Court Ruling
**Date:** Tue, 18 Dec 2007 12:00 am

Mr. Pellegrini,

I would disagree with your interpretation. The motion I filed, which was allowed by the court, was to preclude the introduction of any evidence or argument that the PTLPN needed to be attached to the P&S Agreement. Furthermore, the court ruled that, as a MATTER OF LAW, there existed no requirement to attach the PTLPN.

Regards,
Andrew Lawendowski

-----Original Message-----
From: mnpellegrini@aol.com [mailto:mnpellegrini@aol.com]
Sent: Monday, December 17, 2007 6:57 PM
To: Lawendowski, Andrew
Subject: Re: Pellegrini v. Century 21, Court Ruling


Dear Attorney Lawendowski,

It is my position that the recent ruling by the Court (regarding the issue of whether the PTLPN is required to be attached to the P&S Agreement as a matter of law) does NOT preclude me from presenting evidence or arguing to the jury for a finding as a matter of FACT that the language of the P&S Agreement represents that the PTLPN is attached.

Please let me know by Wednesday if you disagree with my interpretation so that I may request a clarification by the Court.

Sincerely

Maarten Pellegrini

_____

More new features than ever. Check out the new AOL Mail ! - http://webmail.aol.com