UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 - 30077 - MAP

|  |  |
|---|---|
| **MAARTEN N. PELLEGRINI** and **NICOLA M. PELLEGRINI,** *Plaintiffs* | ) ) ) ) ) |
| v. | ) ) |
| **CENTURY 21, HAROLD DUPEE REALTORS,** *Defendant* | ) ) ) ) |

## SECOND JOINT STATEMENT REGARDING MEDIATION

The parties have once again conferred to discuss mediation and hereby inquire into the availability of Judge Magistrate Neiman to mediate this matter. The Pre-Trial Conference for this matter is currently scheduled for Tuesday, January 8, 2008; however, it is the understanding of the parties that Judge Neiman would be available on January 2, 2008, January 3, 2008 and January 4, 2008. The parties request a mediation date of Thursday, January 3, 2008; however, should Judge Neiman's schedule not accommodate a mediation at that time, the parties would be willing to make themselves available on another date.

| The Plaintiff, | The Defendant, |
|---|---|
| **MAARTEN N. PELLEGRINI,** *Pro Se* | **CENTURY 21, HAROLD DUPEE REALTORS** |
|  | By Its Attorneys, |
|  | **Morrison Mahoney LLP** |
| /S/ Maarten N. Pellegrini | /S/ John G. Bagley |
| Maarten N. Pellegrini | John G. Bagley, Esquire, BBO# 026050 |
| 56 Liberty Street | Andrew P. Lawendowski, BBO# 656833 |
| North Adams, Massachusetts 01247 | 1500 Main Street, Suite 2400 |
| (774) 364-0081 | P.O. Box 15387 |
|  | Springfield, MA 01115-5387 |
|  | (413) 737-4373 |
|  | (413) 739-3125 (Fax) |

380759v1