UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 - 30077 - MAP

|  |  |
|---|---|
| MAARTEN N. PELLEGRINI and<br>NICOLA M. PELLEGRINI,<br>  *Plaintiffs*<br><br>v.<br><br>CENTURY 21, HAROLD DUPEE<br>REALTORS,<br>  *Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO CONTINUE TRIAL

Now come the parties to this action, and, pursuant to Local Rule 40.3, move this Court to continue the trial of this matter, presently scheduled for Monday, January 14, 2008, to another time convenient to the court. As grounds therefor, the parties state that they have agreed to mediate this matter before Judge Magistrate Neiman on Wednesday, January 23, 2008, the next available date he has to mediate any matter. In addition, the parties assert that they will mediate this matter in good faith and believe that there is a reasonable chance that the matter can be resolved through mediation.

| The Plaintiff,<br>**MAARTEN N. PELLEGRINI,** *Pro Se* | The Defendant,<br>**CENTURY 21, HAROLD DUPEE REALTORS**<br><br>By Its Attorneys,<br>**Morrison Mahoney LLP** |
|---|---|
| __/S/  Maarten N. Pellegrini_____<br>Maarten N. Pellegrini<br>56 Liberty Street<br>North Adams, Massachusetts  01247<br>(774) 364-0081<br><br><br><br>Date: January 4, 2008 | __/S/  John G. Bagley_____<br>John G. Bagley, Esquire, BBO# 026050<br>Andrew P. Lawendowski, BBO# 656833<br>1500 Main Street, Suite 2400<br>P.O. Box 15387<br>Springfield, MA  01115-5387<br>(413) 737-4373<br>(413) 739-3125 (Fax) |

1

381373v1

**CERTIFICATE OF SERVICE**

      I, John G. Bagley, Esquire of Morrison Mahoney LLP, 1500 Main Street, Suite 2400, P.O. Box 15387, Springfield, Massachusetts 01115-5387, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and a paper copy will be sent to those indicated as non-registered participants on January 4, 2008 as indicated below:

Maarten N. Pellegrini, ProSe
56 Liberty Street
North Adams, MA  01247

                                                                    /s/ Andrew P. Lawendowski
                                                                    Andrew P. Lawendowski, Esquire
                                                                     BBO# 656833