UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************
MAARTEN N. PELLEGRINI         *
        Plaintiff             *
                              *   Case Number: 05CV30077-MAP
                              *
vs.                           *
                              *
CENTURY 21, HAROLD DUPEE      *
REALTORS,                     *
        Defendant             *
                              *
*************************
```

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

1. What is your level of education and/or knowledge of grammatical rules and punctuation?

2. Do you feel your level of education and knowledge of grammar and punctuation may prevent you from making a competent interpretation of contract language?

3. Have you, any member of your family, or any close friend ever had any job related to the sale of property, real estate agent, broker, etc? If so, who and what jobs?

4. Have you, any member of your family, or any close friend ever had any job related to the renovation or construction of housing? If so, who and what jobs?

5. Have you ever taken out a mortgage on a home?

6. Do you currently own a home or do you rent?

7. If you do not currently own a home, do you intend to, or would you like to, own a home in the future?

8. Do you feel that it should be the responsibility of a prospective buyer to be knowledgeable of the dangers of lead paint before considering purchasing or renovating property?

9. Do you feel that it is unnecessary, overly burdensome, or unfair in any way for sellers or real estate agents to be required to inform potential buyers of the presence of lead paint?

10. Do you feel that it is unnecessary, overly burdensome, or unfair in any way for sellers or real estate agents to be required to disclose more information concerning lead paint to potential buyers other than the presence of lead paint?

11. Do you feel that it is unnecessary, overly burdensome, or unfair in any way for sellers or real estate agents to be required to inform potential buyers of detailed information about the hazards of lead paint in addition to informing potential buyers of the presence of lead paint?

12. Do you feel that it is unnecessary, overly burdensome, or unfair in any way for sellers or real estate agents to be required to inform buyers considering purchasing and renovating property of information explaining that special training and certification is required before anyone is legally allowed to work on lead paint in addition to informing them that routine home repair can cause lead poising in adults?

13. Do you feel that it is unnecessary, overly burdensome, or unfair in any way for sellers or real estate agents to be required to provide potential buyers with information regarding lead paint liability insurance in addition to information regarding laws making it illegal to refuse to rent to families with children under six because of lead paint?

14. Do you have any problem with a law that holds sellers or real estate agents responsible for damages suffered by a buyer of a property in situations in which the agent did not meet their obligations related to the disclosure of information concerning lead paint?

15. Do you regularly work or socialize with people in the real estate sales business?

16. Have you, a close friend or relative, ever been charged with failure to meet legal obligations to another party, be it for the sale of goods, services, or any other obligations?  If so, when, where, what was the charge, and what was the outcome?

17. Have you, a close friend or relative, currently or ever been an employee of any person or company that has been charged with failure to meet legal obligations to another party, be it for the sale of goods, services, or any other obligations? Would anything about that experience affect your ability to be a fair and impartial juror in a case involving claims of failure to meet legal obligations?

18. Do you favor the interests of business and the economy over the interests of the individual?

19. Do you feel that there are too many laws restricting the behavior of businesses when it comes to selling real estate?

20. What social, civic, fraternal, or political organizations are you a member of?

21. Have you, or a close friend or relative, ever belonged to a social, civic, political, or fraternal organization or club that restricts membership on the basis of income?

22. Do you regularly listen to any radio or television talk programs? If so, who is the host of that program?

23. Do you believe that there are too many laws looking out for the interests of the less wealthy portions of the population?

Respectfully Submitted,

_____ - pro se
Maarten N. Pellegrini, *pro se*
56 Liberty Street
North Adams, MA  01247

**CERTIFICATE OR SERVICE**

I, Maarten N. Pellegrini, certify that on January 7, 2008 a copy of the above document was mailed by first class mail, postage prepaid, to counsel of record for Century 21 at the address below:

Andrew Lawendowski
Morrison Mahoney LLP
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA  01115-5387

_____
Maarten N. Pellegrini