UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 - 30077 - MAP

| | |
|---|---|
| MAARTEN N. PELLEGRINI and<br>NICOLA M. PELLEGRINI,<br>  *Plaintiffs*<br><br>v.<br><br>CENTURY 21, HAROLD DUPEE<br>REALTORS,<br>  *Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

1. Have you or any family member ever brought a claim or filed suit against a real estate broker, a real estate agent and/or a real estate sales person?

   Yes _____     No _____

2. Have you or any family member contemplating or ever contemplated bringing a claim or filed suit against a real estate broker, a real estate agent and/or a real estate sales person?

   Yes _____     No _____

3. Have you or any family member ever purchased property from Century 21, Harold Dupee Realtors? If so, would your experience affect your ability to give the defendant a fair and impartial trial?

   Yes _____     No _____

381619v1

The Defendant,
**Century 21, Harold Dupee Realtors**

By Its Attorneys,
**Morrison Mahoney LLP**

/s/ John G. Bagley
John G. Bagley, Esquire, BBO# 026050
Andrew P. Lawendowski, Esquire, BBO# 656833
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA  01115-5387
(413) 737-4373
(413) 739-3125 (Fax)

## CERTIFICATE OF SERVICE

    I, John G. Bagley, Esquire of Morrison Mahoney LLP, 1500 Main Street, Suite 2400, P.O. Box 15387, Springfield, Massachusetts 01115-5387, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 7, 2008.

/s/ John G. Bagley
John G. Bagley, Esquire
BBO# 026050

381619v1