UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 - 30077 - MAP

)
MAARTEN N. PELLEGRINI and )
NICOLA M. PELLEGRINI, )
    *Plaintiffs* )
)
v. )
)
CENTURY 21, HAROLD DUPEE )
REALTORS, )
    *Defendant* )
)

## DEFENDANT'S PROPOSED SPECIAL VERDICT QUESTIONS

1. Was Mr. Pellegrini provided with a lead hazard information pamphlet.?

    Yes _____          No _____
    (If no, go to #2.  If yes, go to the end of this document, date and sign.)

2. Did Century 21, Harold Dupee Realtors knowingly fail to provide Mr. Pellegrini with a lead hazard information pamphlet.?

    Yes _____          No _____
    (If yes, go to #3.  If no, go to the end of this document, date and sign.)

3. Did Century 21, Harold Dupee's knowing failure to provide a lead hazard information pamphlet proximately cause any damage to Mr. Pellegrini?

    Yes _____          No _____
    (If yes, go to #4.  If no, go to the end of this document, date and sign.)

4. What sum of money do you find will fairly compensate Mr. Pellegrini for any and all damages??

    _____    _____
    Write out in words                                     Write out in numbers

**Certification:**

    The undersigned Foreperson of the jury hereby certifies that the jury agree to the above answers.

                                                _____
                                                Foreperson

381623v1

Dated: _____

        The Defendant,
**Century 21, Harold Dupee Realtors**

By Its Attorneys,
**Morrison Mahoney LLP**

<u>/s/ John G. Bagley</u>
John G. Bagley, Esquire, BBO# 026050
Andrew P. Lawendowski, Esquire, BBO# 656833
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA  01115-5387
(413) 737-4373
(413) 739-3125 (Fax)

2

381623v1

3

**CERTIFICATE OF SERVICE**

    I, John G. Bagley, Esquire of Morrison Mahoney LLP, 1500 Main Street, Suite 2400, P.O. Box 15387, Springfield, Massachusetts 01115-5387, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 7, 2007.

    /s/ John G. Bagley
    John G. Bagley, Esquire
    BBO# 026050

3