UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 - 30077 - MAP

| | |
|---|---|
| **MAARTEN N. PELLEGRINI** and **NICOLA M. PELLEGRINI**,<br>    *Plaintiffs*<br><br>v.<br><br>**CENTURY 21, HAROLD DUPEE REALTORS**,<br>    *Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUPPLEMENT TO DEFENDANT'S PROPOSED JURY INSTRUCTIONS**

    The defendant, Century 21, Harold Dupee Realtors, pursuant to the Procedural Order, dated October 10, 2007, hereby provides the following supplement to its Proposed Jury Instructions:

ADVERSE INFERENCE:

1.    The trier of fact may receive the fact of a document's non-production as evidence that the party which failed to produce the document did so out of the well-founded fear that the contents would harm the non-producing party. The non-production is not merely some evidence, but is evidence from which alone its contents may be inferred to be unfavorable to the possessor. Knightsbridge Marketing Services, Inc. v. Promociones Y Proyectos, 728 F.2d 572, 575 (1984); Nation-Wide Check Corp. v. Forest Hills Distributors, Inc., 692 F.2d 214, 215 (1982); Marquis Theatre Corp. v. Condado Mini Cinema, 846 F.2d 86, 89 (1988).

381725v1

The Defendant,
**Century 21, Harold Dupee Realtors**

By Its Attorneys,
**Morrison Mahoney LLP**

/s/ John G. Bagley
John G. Bagley, Esquire, BBO# 026050
Andrew P. Lawendowski, Esquire, BBO# 656833
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA 01115-5387
(413) 737-4373
(413) 739-3125 (Fax)

**CERTIFICATE OF SERVICE**

I, John G. Bagley, Esquire of Morrison Mahoney LLP, 1500 Main Street, Suite 2400, P.O. Box 15387, Springfield, Massachusetts 01115-5387, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 7, 2008.

/s/ John G. Bagley
John G. Bagley, Esquire
BBO# 026050

381725v1