**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MAARTEN PELLEGRINI
           Plaintiff

      V.

CENTURY 21 HAROLD DUPEE REALTORS, et al.,
           Defendants

CIVIL ACTION

NO.  05-30077-MAP

**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

      After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to Honorable Kenneth P. Neiman  for the following ADR program:

    ____ EARLY NEUTRAL EVALUATION     _X_ MEDIATION
    ____ MINI-TRIAL     ____ SUMMARY JURY TRIAL
    ____ SETTLEMENT CONFERENCE     ____ SPECIAL MASTER
    ____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

      Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.  If counsel in engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

January 8, 2008                                  /s/ MICHAEL A. PONSOR
DATE                                          U.S. DISTRICT JUDGE

**CASE CATEGORY**

| | | | |
|---|---|---|---|
| Admiralty | ____ | Antitrust | ____ |
| Civil Rights | ____ | Contract | ____ |
| Copyright/Trademark/Patent | ____ | Environmental | ____ |
| ERISA | ____ | FELA | ____ |
| Labor Relations | ____ | Medical Malpractice | ____ |
| Personal Injury | ____ | Product Liability | ____ |
| Shareholder Dispute | ____ | Other | _X_ |