UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MAARTEN N. PELLEGRINI,         )
      Plaintiff              )
                                 )
              v.              )  C.A. NO. 05-30077-MAP
                                 )
CENTURY 21, HAROLD DUPEE       )
REALTORS,                      )
      Defendant              )

SCHEDULING ORDER

January 9, 2008

PONSOR, D.J.

    Counsel for Defendant and Plaintiff, Pro Se, appeared for a status conference on January 8, 2008, and the court heard argument on various pending motions. By marginal notation, the court has allowed the parties' Joint Motion to Continue Trial (Dkt. No. 69), to permit mediation. This was a reluctant ruling; in most circumstances, a motion to continue a trial this late would be denied. The parties are encouraged to make every effort to resolve this matter through the currently scheduled mediation.

    The court also denied, without prejudice, Plaintiff's Motion for Clarification (Dkt. No. 67). Finally, the court denied, without prejudice, the third-party Motion to Quash (Dkt. No. 76), on the ground that the trial has been postponed indefinitely.

    After discussion with the parties, the court orders as

follows:

1. Plaintiff's written demand will be conveyed to Defendant no later than January 14, 2008. Plaintiff should think carefully about the demand, make it as reasonable as possible, and describe his reasons for making the demand.

2. Defendant will convey its written offer in response to Plaintiff's demand, no later than January 18, 2008. Again, Defendant should scrupulously attempt to make this offer as reasonable as possible and indicate its reasons.

It is So Ordered.

                        /s/ Michael A. Ponsor
                        MICHAEL A. PONSOR
                        United States District Judge