**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MAARTEN PELLEGRINI
         Plaintiff

    V.

CENTURY 21, HAROLD DUPEE REALTORS
         Defendants

CIVIL ACTION

NO.  05-30077-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE PONSOR

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On January 23, 2008 I held the following ADR proceeding:

    ___ SCREENING CONFERENCE    ___ EARLY NEUTRAL EVALUATION
     X  MEDIATION    ___ SUMMARY BENCH / JURY TRIAL
    ___ MINI-TRIAL    ___ FOLLOWUP CONFERENCES

[X]    All parties were represented by counsel, except Plaintiff, who proceeded pro se.

[X]    The parties were present for mediation in person, by telephone or by authorized corporate officer or representative.

The case was:

[X]    Settled. A 30 day order of dismissal has been entered.

[ ]    There was progress. The court will hold a followup telephone conference on _____.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other: _____


January 28, 2008                            /s/ Kenneth P. Neiman
DATE                                      ADR Provider

                                                          KENNETH P. NEIMAN, Chief Magistrate Judge