UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAARTEN PELLEGRINI,<br>      Plaintiff<br><br>v.<br><br>CENTURY 21 HAROLD DUPEE<br>REALTORS,<br>      Defendant | Civil Action No. 05-30077-MAP |

SETTLEMENT ORDER OF DISMISSAL
January 28, 2008

      The court, having been advised on January 23, 2008, that the above-entitled action has been settled;

      IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

      By the Court,

      /s/ Bethaney A. Healy
      Bethaney A. Healy
      Deputy Clerk