UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 - 30077 - MAP

| | |
|---|---|
| **MAARTEN N. PELLEGRINI** and **NICOLA M. PELLEGRINI**, *Plaintiffs* | ) ) ) ) ) |
| v. | ) ) |
| **CENTURY 21, HAROLD DUPEE REALTORS**, *Defendant* | ) ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that said action be dismissed with prejudice, and further request that Final Judgment be entered in this action. The parties further agree to waive all rights to appeal, and agree to bear their own costs.

| The Plaintiff, | The Defendant, |
|---|---|
| **MAARTEN N. PELLEGRINI,** *Pro Se* | **CENTURY 21, HAROLD DUPEE REALTORS** |
| | By Its Attorneys, **Morrison Mahoney LLP** |
| /S/ Maarten N. Pellegrini | /S/ John G. Bagley |
| Maarten N. Pellegrini | John G. Bagley, Esquire, BBO# 026050 |
| 56 Liberty Street | Andrew P. Lawendowski, BBO# 656833 |
| North Adams, Massachusetts 01247 | 1500 Main Street, Suite 2400 |
| (774) 364-0081 | P.O. Box 15387 |
| | Springfield, MA 01115-5387 |
| | (413) 737-4373 |
| | (413) 739-3125 (Fax) |

DATE: March 17, 2008

384903v1

## **CERTIFICATE OF SERVICE**

     I, Andrew P. Lawendowski, Esquire of Morrison Mahoney LLP, 1500 Main Street, Suite 2400, P.O. Box 15387, Springfield, Massachusetts 01115-5387, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and a paper copy will be sent to those indicated as non-registered participants on March 17, 2008 as indicated below:

Maarten N. Pellegrini, ProSe  
56 Liberty Street  
North Adams, MA  01247

                                       /s/ Andrew P. Lawendowski  
                                       Andrew P. Lawendowski, Esquire  
                                       BBO# 656833

384903v1